# United States Court of Appeals
### For the Eighth Circuit
_____

No. 25-2559
_____

Abdifatah Ibrahim

*Plaintiff - Appellant*

v.

Wells Fargo Bank N.A.

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: July 22, 2026
Filed: July 27, 2026
[Unpublished]
_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Abdifatah Ibrahim appeals the dismissal of his lawsuit. After careful review of the record and the parties' arguments on appeal, we conclude the district court[1] "did not abuse its broad discretion" when it dismissed the case with prejudice. *Ellis*

---

[1]The Honorable Eric C. Tostrud, then District Judge, now Chief Judge, United States District Court for the District of Minnesota.

*v. Nike USA, Inc.*, 158 F.4th 932, 936–37 (8th Cir. 2025) (emphasizing that the plaintiff had "months to *properly* seek leave to file a second amended complaint" but instead "cho[se] to stand on" the existing one). We accordingly affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____